In the Matter of the Application of AMANDA APPELL, Individually and as Executrix of and Trustee under the Will of JACOB APPELL, Deceased, et al., to Revoke Letters Testamentary Issued to ALBERT J. APPELL, as Executor of JACOB APPELL, Deceased.

In the Matter of the Accounting of ALBERT J. APPELL, as Executor of AMANDA A. EVANS, et al., Appellants; ALBERT J. APPELL, Individually and as Executor of and Trustee under the Will of JACOB APPELL, Deceased, et al., Respondents.

*Appeal — unanimous affirmance of decree of surrogate dismissing proceedings — appeal therefrom without permission dismissed.*

*Matter of Appell*, 199 App. Div. 574, appeal dismissed.

(Argued October 16, 1922; decided November 28, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1922, which unanimously affirmed a decree of the New York County Surrogate's Court dismissing the above-entitled proceedings.

*Gustav Lange, Jr.*, for appellants.

*Frank C. Laughlin* and *Albert J. Appell* for respondents.

Appeal dismissed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.